# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | *Plaintiff* | |
| v. | | Case No.   20-14011(ZNQ) |
| DAVON HARLEY | | |
| | *Defendant* | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ____4th____ day of __May_____ , 2020,

ORDERED that __Lisa Van Hoeck_____from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____